In the United States of America district court
of western Pennsylvania

William Labonte
Plaintiff

v

Robert Colville Administrative judge
Brandy s Lonchena clerk
Julie Thomson acting  Venango tax claim bureau
Robert Walker Acting chief Assessor
Eric Foy          Acting sheriff
Shawn White       Acting District Attorney
Lana Linden   Acting clerk Venango county
All other federal and state servants

All defendants in
Private and official
capacity

Evidence 1 to
B139
#4

Due

re 1:25-266 et al

October 24th 2025

1:25 cv 340

RECEIVED

NOV 2 5 2025

CLERK, U.S. DISTRICT COURT
FOR THE WESTERN DISTRICT
OF PENNSYLVANIA

**Civil cause of action title 18 section 1595**

History and facts to claims

Upon the creation of a certificate of **live** birth William Labonte's Mother and Father created a name for their newly created life in the form of creation of human being by Willaim Labonte's creator .

Upon this creation of a registered document of the newly created life and name the birth clerk or register took this document to vital records office , Without the mother or fathers consent or knowledge of being ( Mother and father had the intent of only making their creation known, As they also are victims of trafficking ) for a administrative criminal government organization to enslave and rape their property of William Labonte of his god given identification  for the purpose to change the spelling of his newly created name for government actors to traffic and keep in peonage and slavery by all three branches of government .

Evidence 1 NCVHS document January 10th 2018 clearly the selling of a human being disguised as a certificate with a fraudulent all capital name created by vital records .

1 of 6

Evidence 1 is not my creation its the administrative / executive creation that clearly defines slavery and rico activity for profits by selling children .

Definition of child = Progeny ; offspring of parentage . unborn or recently born **human being .**
**Black laws 5th edition**

This child trafficking criminal organization that this court participates in was all done by fraud upon the mother or father , As no mother would willingly want a corporate entity acting as a government servant to change her child's name for the purpose of selling that child for profits from slavery / human trafficking .

Below is a basic list of the crimes all three branches of government commit intentionally while conspiring with the Administrative agency vital records .
These intentional crimes are only related to trafficking , peonage and slavery not theft of identity , fraud or any RICO activity and theft by money laundering.

Title 18
1581 peonage

1583 enticement into slavery

1584 sale into involuntary servitude (vital records )
evidence 1 who buys these certificates?  That would be state and federal governments , DMV, Social security agency , tax collectors , federal and state police agencies and ect.

1589 forced labor
SPECIFICALLY (a) (3) (4) (b) and (c)

1590 trafficking with respect to peonage , slavery, involuntary servitude , or forced labor

1592 unlawful conduct with respect to documents
The intent of the defendants clearly and repeatedly change the spelling of William Labonte's god given name to all capital certificate selling name .

1593a Benefitting financially from, peonage,slavery and trafficking in persons

2 0 F 6

Title 18 1621 perjury
all capital fictitious vital records created name other then the mother or fathers certificate of live birth name .

Evidence 1 page 7 vital records by means of the graph tells the facts that fraud has been committed under the " legal name" when the mother and father had fraud committed on them and a clear violation of the 4th bill of rights and the declaration of independence  for the child to be secure in his persons and the identity the mother and father provided for their property .

Vital records has **no authorized authority to change any spelling or letter to a mans name for the fraudulent legal name child trafficking scheme that the legislation , judicial , and executive branches of government claim .**

Its simple vital records kidnaps newly created life for the purpose to sell a fraudulent certificate of birth on a document that is created by vital records and the state and federal government buys the fraud and brainwashes the living man to think he is that certificate that is being bought and sold .
All with the help of public schools grooming the child .

For any man or woman to prey upon a newly created life before that life can understand or speak english or feed himself is pure evil.

## QUESTIONS

1. Is the defendants above and Robert Colville claiming that the all capital spelling of WILLIAM LABONTE on a birth certificate is the William Labonte the mother bought into this world ?

2. Is the defendants and Robert Colville claiming by using a vital records created document with all capital spelling of William Labonte the living child/man is being bought and sold for profits from the all capital WILLIAM LABONTE created by vital records and not birth log / live birth record ?

3. Is all defendants and Robert Colville actively Participating in the venture to traffic Children /William Labonte for profits from a Birth certificate ?

 * Federal and state govt participate in the buying and selling of human beings via birth certificate , EVIDENCE 1 human health and services document .

3 of 6

4. Is all the defendants and Robert Colville knowingly and intentionally trafficking William Labonte a child when he was raped of his god given identity/name and created into a corporate all capital birth certificate as to the date of this claim/suit?
When they intentionally use the all capital spelling of William labonte .

* If the defendants are claiming that the all capital name is the birth certificate that is being sold for trafficking , slavery , peonage, and involuntary servitude purpose .

5. Is all the defendants and Robert Colville CLAIMING William Labonte is a birth certificate being sold for profits ?

* William Labonte repeatedly corrects the record and the defendants repeatedly rape William Labonte of his identity and revert back to the all capital birth certificate spelling to continue with the trafficking of human beings and children.

6. Do the defendants and Robert Colville actually believe that any human being would consent to being bought and sold by the acts of trafficking , slavery , involuntary servitude or peonage ?

7. Do the defendants and Robert Colville have any authorized authority when they are acting in bad faith and with dirty handS while claiming human beings must pay them for their trafficking and slavery ?

8. Do the defendants and Robert Colville have any knowledge of the 13th amendment " niether **slavery or involuntary servitude , Shall exist into the United States , or any place subject to their jurisdiction** " Did you take a oath ?


CONCLUSION

The Declaration of independence clarifies that " all men /women are created equal  by their creator and fraudulent created all caps birth certificate are not quoted because the Federal and state servants have no authorized authority to

4 of 6

create birth certificate fictitious names of men and woman with the intent to hold in involuntary servitude .

All three branches executive , legislation , and judicial have been null and void since 1936 or Anytime they intended to make men/women a certificate .
This human trafficking , slavery ,peonage and involuntary servitude Applies to all servants including any Acting president , attorney general , fbi director , prosecutor or Any branch constitutionally authorized ,when as to this day full participation is acted upon to profit from the buying and selling of men and women for profits from a fraudulent created birth certificate name.

For the full document of evidence 1 read the link below
https://ncvhs.hhs.gov/wp-content/uploads/2018/01/
NCVHS_Vital_Records_Uses_Costs_Feb_23_2018-1.pdf

Human and health services clearly sell men and women via birth certificate sale . Kennedy qouted HHS is participating in child trafficking in a cabinet meeting. https://www.youtube.com/watch?v=SSHU9wdXbvY

Robert Colville repeatedly refuses to provide due process by failing to notify William Labonte at 336 rockland nickleville rd kennerdell Pennsylvania and instead repeatedly mail notification everywhere else but to the claimant .
The district courts in Pittsburgh clerk has never sent any notification and the Venango county clerks lana linden repeatedly denies William Labonte access to the state courts .

William Labonte fully accept the facts of evidence1 and that all defendants is fully participating in human trafficking , slavery , involuntary servitude , peonage and the rape of a newly created human life of his /her god given name .

Refuse to respond within ten days after service has been provide .

Note The postal service clearly participates in the child trafficking via all caps birth certificate name for profits with the defendants .

Evidence 2 Tax claim receipt dated 10/23/25

Paid by Laura Labonte but billed to LAURA LABONTE
All capital creation of identity for trafficking and involuntary servitude .
Which on is the living "Laura Labonte " ?

5 of 6

Why don't the fictitious LAURA LABONTE PAY ?
The recorded deed is in upper and lower case , Where is the all caps coming from?

Evidence 2 clearly shows fraud and the direct actions to traffic men/women/children for profits from slavery , peonage , involuntary servitude .

Just bill it to Laura Labonte .

How is William Labonte receiving due process at another location under another name ?

William Labonte is asking the courts to enforce ,
Title 18 1593 mandatory restitution would be the demand on this court and the amount would will be determined .

**Return court orders and notices to 336 rockland nicklville rd kenerdell pennsylvania by all other means but NOT the postal service NO MAIL BOX**

Served
District courts Pittsburgh clerks office
Venango county clerk lana linden
Fbi  director Kash Patel D.C
D.O.J. Pam Bondi D.C
Julie Thompson acting tax claim bureau
Robert kennedy HSS Director

William Labonte
Without Prejudice
Sui juris

William Labonte
10/30/25

6 of 6